```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-5-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA HICKMON, *individually and behalf of all others similarly situated*,

           Plaintiff,

v.

FUN & FIT LLC, *doing business as Home Instead Senior Care*, BRIAN TRAINOR, JOHN DOES #1-10,

           Defendants.

No. 20-CV-10270 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 5, 2020, Plaintiff Sandra Hickmon brought this action alleging violations of the Fair Labor Standards Act.  On December 14, 2020, Plaintiff filed an affidavit of service stating that Defendant Fun & Fit LLC was served on December 11, 2020.  Defendant's answer was due on January 4, 2021.

      Defendant has not appeared, answered, or otherwise responded to the Complaint.  Defendant shall do so or seek an extension by February 19, 2021.  If Defendant fails to do so, and Plaintiff intends to move for default judgment, she shall do so by March 7, 2021.

      Plaintiff shall serve a copy of this Order on Defendant by February 12, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 5, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge