USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANDRA HICKMAN, et al.,

                Plaintiffs,      **ORDER**

         -v-      20-CV-10270 (RA) (JLC)

FUN & FIT LLC D/B/A HOME INSTEAD
SENIOR CARE, et al.,

                Defendants.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Plaintiffs filed an amended complaint in this case on March 4, 2021. To date, defendants have not filed a response. As defendants' response is now past due, defendants must move, answer, or otherwise respond **no later than April 9, 2021**.

    SO ORDERED.

Dated: March 30, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge