USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
              :
SANDRA HICKMON, MARCELLA CLOVIS,   :
*Individually and on Behalf of All Others Similarly*   :
*Situated,*   :
              :
           Plaintiffs,   :   **ORDER**
              :
      -v-   :   20-CV-10270 (RA) (JLC)
              :
FUN & FIT LLC, *et al.,*   :
              :
           Defendants.   :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      WHEREAS, the parties have reached a settlement and submitted a settlement agreement (Dkt. No. 36); and

      WHEREAS, the parties have now consented to the undersigned's jurisdiction over this matter for purposes of the motion to approve the settlement agreement under 28 U.S.C. § 636(c);

      IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion **no later than February 14, 2022,** to request court approval.[1] The letter motion should explain why the proposed settlement is fair and reasonable and otherwise comply with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      **SO ORDERED.**

Dated: January 31, 2022
       New York, New York

                                               JAMES L. COTT
                                               United States Magistrate Judge

---

[1] The Court notes that Paragraph 4(b) of the proposed settlement agreement (Dkt. No. 36) mistakenly refers to June 15, 2021 rather than 2022. Should the parties wish to correct this, they may submit a revised settlement agreement along with their joint letter motion.